1
2
3
4
5
6
7

FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 23 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

O

8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11 UNITED STATES OF AMERICA, | |
| 12       Plaintiff, | LA 09-2940M |
| 13   v. | ORDER OF DETENTION AFTER HEARING |
| 14 CHRISTIAN PEREZ LOPEZ, | (18 U.S.C. § 3142(i)) |
| 15       Defendant. | |

16

17                                          I.

18   A. ( ) On motion of the Government involving an alleged

19       1. ( ) crime of violence;

20       2. ( ) offense with maximum sentence of life imprisonment or death;

21       3. ( ) narcotics or controlled substance offense with maximum sentence of ten or more years

22            (21 U.S.C. §§ 801,/951, et. seq.,/955a);

23       4. ( ) felony - defendant convicted of two or more prior offenses described above.

24   B. On motion ( ) (by the Government) / ( ) (by the Court sua sponte involving)

25       1. ( X)    serious risk defendant will flee;

26       2. ( ) serious risk defendant will

27          a. ( )   obstruct or attempt to obstruct justice;

28          b. ( )   threaten, injure, or intimidate a prospective  witness or juror or attempt to do so.

ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))

II.

The Court finds no condition or combination of conditions will reasonable assure:

A. ( X )   appearance of defendant as required; and/or

B. ( )  safety of any person or the community;

III.

The Court has considered:

A. ( x)  the nature and circumstances of the offense;

B. (x)  the weight of evidence against the defendant;

C. (x)  the history and characteristics of the defendant;

D. ( )  the nature and seriousness of the danger to any person or to the community.

IV.

The Court concludes:

A. ( )  Defendant poses a risk to the safety of other persons or the community because:


B. (x)     History and characteristics indicate a serious risk that defendant will flee because:

   **Defendant is undocumented.  He has no ties to the community and no bail resources.**


C. ( )  A serious risk exists that defendant will:

   1. ( )   obstruct or attempt to obstruct justice;

   2. ( )   threaten, injure or intimidate a witness/ juror; because:


D. ( )  Defendant has not rebutted by sufficient evidence to the contrary the presumption provided in 18 U.S.C. § 3142 (e).

///

///

///

///

1       IT IS ORDERED that defendant be detained prior to trial.

2       IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections

3  facility separate from persons awaiting or serving sentences or person held pending appeal.

4       IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private

5  consultation with his counsel.

8  Dated: December 23, 2009

            _____
            Marc L. Goldman
            U.S. Magistrate Judge